UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SANDRA LEONARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:22-CV-514-D-BM** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 13], GRANTS plaintiff's request for relief [D.E. 8], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on February 27, 2024, and Copies To:**
| | |
|---|---|
| Virginia A. Noble | (via CM/ECF electronic notification) |
| Brittany Johanna Gigliotti | (via CM/ECF electronic notification) |
| Joanne Kernicky | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |

DATE:  
February 27, 2024

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk