THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00514-D

SANDRA LEONARD,                    )
                                   )
            Plaintiff,             )
                                   )        ORDER FOR PAYMENT OF
      v.                           )        ATTORNEY FEES AND
                                   )        COSTS UNDER THE
MARTIN O'MALLEY[1],                )        EQUAL ACCESS TO JUSTICE ACT
Commissioner of Social Security,   )
                                   )
            Defendant.             )
_____)

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $4,158.00 in attorney's fees, in full satisfaction of any and all claims arising under the

Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be

compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to

Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable

to Plaintiff's counsel, Virginia A. Noble, and mailed to her office at McGill & Noble, LLP, 3518,

Westgate Dr., Ste 425, Durham, NC 27707, in accordance with Plaintiff's assignment to her

attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This the _3_ day of April, 2024.

                              _____
                              JAMES C. DEVER III
                              United States District Judge

_____

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.
Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Martin O'Malley should
be substituted for Kilolo Kijakazi as the defendant in the suit. No further action need be taken to
continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
U.S.C. § 405(g).