UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SANDRA LEONARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br> Acting Commissioner of Social Security,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:22-CV-514-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,158.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Virginia A. Noble, and mailed to her office at McGill & Noble, LLP, 3518 Westgate Dr., Ste 425, Durham, NC 27707, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment filed and entered on April 3, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

April 3, 2024

                   Peter A. Moore, Jr.
                   Clerk of Court


                By: /s/ Stephanie Mann
                   Deputy Clerk